IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DORLETHA LAMBERT                                                                                           PLAINTIFF
ADC # 719450

v.                                             3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                                                                   DEFENDANTS

**ORDER**

Dorletha Lambert ("Plaintiff") says she has not received the application to proceed in forma pauperis that the Court sent to her on July 31, 2024. (Doc. No. 4). As such, the Court will send Plaintiff another application.

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court shall send Plaintiff an in forma pauperis application, including certificate and calculation sheet; and

2. Plaintiff must submit either the $405 statutory filing fee or a completed in forma pauperis application, with the required calculation sheet **signed by an authorized official of the incarcerating facility**, within thirty (30) days of the entry date of this Order.[1] If Plaintiff does not do one or the other, this case may be dismissed without prejudice.

Dated this 27th day of August, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is hereby notified of her responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which provides, in part: "If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."