# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

DORLETHA LAMBERT                                                                                    PLAINTIFF
ADC # 719450

v.                                             3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                                                            DEFENDANTS

## ORDER

Defendants Jamie Campbell and Anna Hackney, through counsel, have filed an Answer Plaintiff's Complaint and supplied their full and correct names.   (Doc. No. 9).   The Clerk of the Court is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 16th day of October, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE