# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DORLETHA LAMBERT                                                                              PLAINTIFF
ADC # 719450

v.                                          3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                                                         DEFENDANTS

## ORDER

Defendants Dexter Payne and Nurzuhal Faust (the "ADC" Defendants") have filed a Motion to Stay Discovery pending resolution of their Motion to Dismiss. (Doc. No. 25). The ADC Defendants' Motion (Doc. No. 25) is DENIED.

IT IS SO ORDERED this 18th day of December, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE