# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DORLETHA LAMBERT                                                              PLAINTIFF
ADC # 719450

v.                                    3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                                         DEFENDANTS

## ORDER

Plaintiff Dorletha Lambert's Motion for Copies (Doc. No. 29) is GRANTED. The Clerk of the Court is directed to send Plaintiff a copy of docket entry numbers 25 and 27 and a copy of the docket sheet along with a copy of this Order.

IT IS SO ORDERED this 6th day of January, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE