IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DORLETHA LAMBERT  
ADC #719450                                               PLAINTIFF

v.                       No. 3:24-cv-126-DPM-JTK

DEXTER PAYNE, Director, Arkansas
Department of Corrections; NURZUHAL
FAUST; Warden, McPherson Women's
Unit; JAMIE CAMPBELL, APN,
McPherson Medical Unit; and ANNA
HACKNEY, Medical Unit Director, Nurse,
McPherson Women's Unit                                    DEFENDANTS

## ORDER

Unopposed partial recommendation, *Doc. 27*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion to dismiss, *Doc. 17*, is granted in part and denied in part. Lambert's official capacity claims are dismissed without prejudice. Her individual capacity claims go forward.

So Ordered.

*W. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2025