IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORLETHA LAMBERT**
ADC # 719450                                                                                       **PLAINTIFF**

v.                                          No. 3:24-cv-126-DPM

**DEXTER PAYNE**, Director, Arkansas                                     **DEFENDANTS**
Department of Corrections; **NURZUHAL**
**FAUST**, Warden, McPherson Women's
Unit; **JAMIE CAMPBELL**, APN,
McPherson Medical Unit; and
**ANNA HACKNEY**, Medical Unit
Director, Nurse, McPherson Women's
Unit

## ORDER

    **1.** The Court withdraws the reference.

    **2.** On 16 January 2025, Campbell and Hackney filed a suggestion of bankruptcy and notice of stay. *Doc. 32.* The amended interim stay order automatically stays this action against Campbell and Hackney — for now. *Doc. 32-2 at 4; see also In re Wellpath Holdings, Inc.*, Case No. 24-90533 (Bankr. S.D. Tex.). And the Court has discretion to stay to Lambert's related claims against Payne and Faust. *Sierra Club v. U.S. Army Corps of Engineers*, 446 F.3d 808, 816 (8th Cir. 2006).

    This case is therefore stayed *nunc pro tunc* 16 January 2025 and is administratively terminated. Campbell and Hackney must keep the

Court informed about the status of the Wellpath bankruptcy proceedings. Status report due 16 March 2025 and every two months thereafter. Status report due immediately when the stay is lifted or extended as to Campbell or Hackney. Motions, *Doc. 34 & 35*, denied without prejudice as moot.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>20 February 2025</u>