**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DORLETHA LAMBERT                                                    PLAINTIFF
ADC # 719450

v.                                    3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                              DEFENDANTS

## <u>ORDER</u>

Defendants Dexter Payne and Nurzuhal Faust, through counsel, request additional time in which to file a dispositive motion on the issue of exhaustion.    (Doc. No. 48).    The Motion (Doc. No. 48) is GRANTED.    Any Defendant wishing to file a motion for summary judgment on the issue of exhaustion must do so by August 8, 2025.

IT IS SO ORDERED this 29th day of July, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE