IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DORLETHA LAMBERT                                                  PLAINTIFF
ADC # 719450

v.                                3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                        DEFENDANTS

## ORDER

Dorletha Lambert ("Plaintiff") has filed a Motion for Order in which she seeks advice on how to provide her physical evidence to the Court. (Doc. No. 50). Plaintiff's Motion (Doc. No. 50) is GRANTED to the extent set out below.

Plaintiff's claims in this case arise from alleged bedbugs in her cell and bedbug bites for which she says she has received inadequate medical care. (Doc. No. 2). In her Motion, Plaintiff explains that "she has in her possession the main evidence (bed bugs) to prove her claims . . . ." (Doc. No. 50 at 1). Plaintiff refuses to give the bedbugs to an ADC official or medical staff and asks how she best may submit her evidence to the Court. (Id.).

At this stage of the proceedings, Plaintiff should keep the evidence in her possession as discovery is ongoing in this case.

IT IS SO ORDERED this 29th day of July, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE