IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DORLETHA LAMBERT                                                                PLAINTIFF
ADC # 719450

v.                                    3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                                           DEFENDANTS

## ORDER

Defendants Payne and Faust have filed a Motion to Stay discovery pending the resolution of their Motion for Summary Judgment on the issue of exhaustion. (Doc. No. 58). The Motion (Doc. No. 58) is GRANTED. Discovery is stayed as to Defendants Payne and Faust until United States District Judge D.P. Marshall Jr. rules on their Motion for Summary Judgment on the issue of exhaustion.

IT IS SO ORDERED this 2nd day of September, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE