## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DORLETHA LAMBERT                                                                      PLAINTIFF
ADC # 719450

v.                                      3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                                                  DEFENDANTS

### ORDER

The Court WITHDRAWS its Proposed Findings and Recommendations (Doc. No. 63) and the Clerk of the Court is directed to TERMINATE the associated Motion (Id.). Accordingly, Plaintiff's Motion for Extension of Time to File Objections (Doc. No. 64) is DENIED as moot. Plaintiff's Motion to Amend Response in Opposition (Doc. No. 65) is GRANTED. Plaintiff must file her Amended Response within 30 days of the date of this Order.

IT IS SO ORDERED this 18th day of September, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE