# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DORLETHA LAMBERT**  **PLAINTIFF**
**ADC #719450**

v.  No. 3:24-cv-126-DPM-JTK

**DEXTER PAYNE, Director, Arkansas Department of Corrections; NURZUHAL FAUST; Warden, McPherson Women's Unit; JAMIE CAMPBELL, APN, McPherson Medical Unit; and ANNA HACKNEY, Medical Unit Director, Nurse, McPherson Women's Unit**  **DEFENDANTS**

## ORDER

Unopposed partial recommendation, *Doc. 69*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 53*, denied as to grievance MCP23-1095 but otherwise granted. Lambert's claims against Director Payne are dismissed without prejudice for failure to exhaust. The Court instructs the Clerk to terminate Director Payne as a party.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2025