**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DORLETHA LAMBERT                                                        PLAINTIFF
ADC # 719450

v.                                            3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                                    DEFENDANTS

## ORDER

Dorletha Lambert ("Plaintiff") has filed a Motion to Compel.   (Doc. No. 90).   Plaintiff's

Motion (Doc. No. 90) is DENIED.   Defendant Faust, however, is directed to produce the

documents Plaintiff requested in her Motion to Request Production (Doc. No. 86) within 14 days

of the date of this Order.

On February 2, 2026, Plaintiff filed a Motion to Request Production seeking: (1) colored

copies of five photos from her Securus Technologies Gallery; (2) video of visitation session

(38677792) from December 1, 2023; and (3) "a copy of the original or blue copy of grievance

MCP 23-01095."   (Doc. No. 86 at 1).

On February 4, 2026, the Court denied as moot Plaintiff's Motion to Request Production

because Plaintiff did "not seek relief from the Court; she [sought] discovery from Defendant

Faust."   (Doc. Nos. 86, 89).   It was clear from the Court's February 4, 2026, Order that

Plaintiff's Motion to Request Production were requests for production intended for Defendant

Faust.   Plaintiff included a certificate of service with her Motion to Request Production that

reflects that she mailed the requests to "Britt Johnson, Attorney General Office, State of Arkansas,

323 Center Street, Suite 200, Little Rock, Arkansas 72201."

Unfortunately, the Office of the Attorney General moved to a new location before Plaintiff

sent her requests for production; Plaintiff sent her requests to the old address.   Local Rule

5.5(c)(1) requires attorneys "to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address."   Rule 5.5(c)(1) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas.   Most attorneys update their addresses through PACER; the docket sheet will then reflect the new address.   But Plaintiff is not a CM/ECF user.   And because Plaintiff is incarcerated, we cannot assume that she keeps with her at all times legal material that would reflect defense counsel's new address.

Defendant Faust is directed to consider herself served with Plaintiff's Requests for Production (Doc. No. 86) as of the date of this Order.   Defendant Faust is directed to respond to Plaintiff's requests for production within 14 days of the date of this Order.   Plaintiff should be allowed to view the video she seeks, if the video exists.   In addition, if Plaintiff is not allowed to possess the video, a still shot that clearly shows Plaintiff's face and that is taken from the video should be provided to her.

IT IS SO ORDERED this 16th day of March, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE