**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

DORLETHA LAMBERT                                                           PLAINTIFF
ADC # 719450

v.                                            3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                                       DEFENDANTS

**ORDER**

Dorletha Lambert ("Plaintiff") has filed a Motion to Stay.   (Doc. No. 95).   In her Motion,

Plaintiff explains that she will be released from custody on May 15, 2026.   (Id.).   Plaintiff asks

the Court to stay this action to allow her time to seek outside medical treatment and to "get the

appropriate medical diagnosis to prover her claims."   (Id. at 2).

Plaintiff's Motion (Doc. No. 95) is GRANTED to the extent that the Court extends the

deadline by which Plaintiff must respond to the pending Motion for Summary Judgment filed by

Defendants Campbell and Hackney up to and including June 15, 2026.   The Court also extends

the deadline by which Plaintiff and Defendant Faust must file any dispositive motion up to that

same date—June 15, 2026.

Defendant Faust's Motion requesting an extension of the dispositive motions deadline

(Doc. No. 97) is DENIED as moot.

IT IS SO ORDERED this 26th day of March, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE