**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

DORLETHA LAMBERT                                                    PLAINTIFF

v.                                    3:24CV00126-DPM-JTK

DEXTER PAYNE, et al.                                              DEFENDANTS

**ORDER**

Dorletha Lambert ("Plaintiff") filed this lawsuit while she was an inmate at the McPherson

Unit of the Arkansas Division of Correction.   (Doc. No. 2 at 1).   She also filed a Motion for

Leave to Proceed <u>In Forma Pauperis</u> ("IFP"), which the Court granted on August 29, 2024.

(Doc. Nos. 5, 7).   On May 26, 2026, Plaintiff updated her address of record; she has been

released from prison.   (Doc. No. 95 at 2; Doc. No. 103).   The Court must review Plaintiff's

recent financial information to determine if she is currently entitled to IFP status.   See, for

example, <u>West v. Gustafson</u>, No. 4:25-CV-04142-RAL, 2026 WL 822139, at *1-*2 (D.S.D. Mar.

25, 2026).   As such, Plaintiff must submit an updated IFP Motion.

Court records indicate that Plaintiff has made no payments towards the $350 filing fee for

this action.   If Plaintiff continues to qualify for IFP status, she remains responsible for the $350

filing fee.   If Plaintiff's updated IFP Motion reveals that she no longer qualifies, the Court will

revoke Plaintiff's IFP status.   If the Court revokes Plaintiff's IFP status, Plaintiff must pay $405

to continue this action—the outstanding $350 filing fee plus the $55 administrative fee that is

waived for those proceeding IFP.

Plaintiff must file her updated IFP Motion within 30 days of the date of this Order.

Plaintiff is reminded of her responsibility to comply with the Local Rules of the Court, including

1

Rule 5.5(c)(2), which states, in part: "If any communication from the Court to a pro se Plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." If Plaintiff does not submit her updated IFP Motion within 30 days of the date of this Order, her case may be dismissed without prejudice. Local Rule 5.5(c)(2); FED. R. CIV. P. 41.

The Clerk of the Court is directed to send Plaintiff an in forma pauperis application.

IT IS SO ORDERED this 29th day of May, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

2