# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DORLETHA LAMBERT**                                                    **PLAINTIFF**
**ADC #719450**

v.                                          **No. 3:24-cv-126-DPM**

**NURZUHAL FAUST; Warden,**
**McPherson Women's Unit; JAMIE**
**CAMPBELL, APN, McPherson Medical**
**Unit; and ANNA HACKNEY, Medical**
**Unit Director, Nurse, McPherson**
**Women's Unit**                                                       **DEFENDANTS**

## ORDER

Motion, *Doc. 117*, granted as modified.  Lambert's request to stay the case is denied.  The discovery deadline has long since passed.  But she can have more time to file objections.  They are due 31 July 2026. No additional extensions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_15 July 2026_