**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DORLETHA LAMBERT
ADC #719450** **PLAINTIFF**

**v.** **No. 3:24-cv-126-DPM-JTK**

**NURZUHAL FAUST; Warden, McPherson Women's Unit; JAMIE CAMPBELL, APN, McPherson Medical Unit; and ANNA HACKNEY, Medical Unit Director, Nurse, McPherson Women's Unit** **DEFENDANTS**

**ORDER**

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, *Doc. 113*, and overrules Lambert's objections, *Doc. 121*. Fed. R. Civ. P. 72(b)(3). Motion for summary judgment, *Doc. 80*, granted. Lambert's claims against Nurse Campbell and Nurse Hackney are dismissed with prejudice.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

11 August 2026