**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

DORLETHA LAMBERT
ADC # 719450 PLAINTIFF

v. 3:24CV00126-DPM-JTK

DEXTER PAYNE, et al. DEFENDANTS

**ORDER**

The Court WITHDRAWS its Proposed Findings and Recommendations (Doc. No. 120). The Clerk of the Court is directed to TERMINATE the associated Motion. (Id.).

IT IS SO ORDERED this 20th day of August, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE