**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DORLETHA LAMBERT** **PLAINTIFF**

**v.** **No. 3:24-cv-126-DPM**

**NURZUHAL FAUST; Warden,**
**McPherson Women's Unit** **DEFENDANT**

# ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, *Doc. 125*, and overrules Lambert's objections, *Doc. 127*. Fed. R. Civ. P. 72(b)(3). Motion for summary judgment, *Doc. 108*, granted. Lambert's claims against Warden Faust will be dismissed with prejudice. Judgment will issue.

So Ordered.

D.P. Marshall Jr.
United States District Judge

25 September 2026