IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORLETHA LAMBERT** **PLAINTIFF**

**v.** **No. 3:24-cv-126-DPM**

**DEXTER PAYNE, Director, Arkansas Department of Corrections; NURZUHAL FAUST; Warden, McPherson Women's Unit; JAMIE CAMPBELL, APN, McPherson Medical Unit; and ANNA HACKNEY, Medical Unit Director, Nurse, McPherson Women's Unit** **DEFENDANTS**

## JUDGMENT

Lambert's individual capacity claims against Warden Faust, Nurse Campbell, and Nurse Hackney are dismissed with prejudice. Her official capacity claims against those defendants, and all of her claims against Director Payne, are dismissed without prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

25 September 2026